IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02356-GPG

WRIGHTY W. VELARDE,

        Applicant,

v.

LOU ARCHULETA, Warden, Fremont Corr. Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

_____

ORDER DRAWING CASE

_____

        Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a

magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

        ORDERED that this case shall be drawn to a presiding judge and, if applicable,

to a magistrate judge.

        DATED January 5, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        _____
                                        United States Magistrate Judge